Robert Solomon, Esq. (5443197)
650 From Road, Suite 240
Paramus, NJ 07652
Tel: (201) 261-1700
Fax: (201) 549-6236
Email: rsolomon@callagylaw.com
*Attorneys for Petitioner*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| T.V. Seshan, MD PC <br><br> Petitioner, <br><br> v. <br><br> Aetna Inc.; Meritain Health <br><br> Respondents. | Civil Action No. 7:25-cv-04958-KMK <br><br> **ORDER GRANTING PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT</u> PREJUDICE** |

Upon request of Petitioner and good cause appearing,

**IT IS HEREBY ORDERED** that this action be and hereby is dismissed **without** prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: October 2, 2025

_____
Judge, United States District Court

1